UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
APR 24 2023
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:23cr33 |
| CANDY MERCER, | Violation: 18 U.S.C. § 1001(a)(3) |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(False Written Statement)

From in or about October of 2022 to on or about November 22, 2022, in Berkeley County, in the Northern District of West Virginia, defendant **CANDY MERCER** did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States. Specifically, **CANDY MERCER** wrote and submitted, or caused to be submitted, a letter to the Bureau of Alcohol, Tobacco, Firearms, and Explosives, purporting to be from an individual recently indicted on firearms charges and stating an active plan to murder a federal agent. **CANDY MERCER** well knew and believed this letter to be false and to contain fictitious statements, inasmuch as she physically wrote the false writing and document.

All in violation of Title 18, United States Code, Section 1001(a)(3).

_____ for
WILLIAM IHLENFELD
United States Attorney

Eleanor F. Hurney
Assistant United States Attorney